# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DIANE WILLIAMS-BECKWITH

VERSUS

LARRY DONNELL BECKWITH

NO. 2021 CW 1021

**NOVEMBER 29, 2021**

In Re:    Larry Donnell Beckwith, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217328.

BEFORE:    **GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.**

JMG

**Holdridge, J.,** concurs in part and dissents in part. I agree that the district court did not abuse its discretion in denying the "Rule to Show Cause Why Petitioner's Sworn Detailed Descriptive List Should Not be Deemed to Constitute a Judicial Determination" filed by Defendant, Larry Donnell Beckwith. However, I would remand this matter to the district court with instructions to consider whether Mr. Beckwith should be awarded attorney fees and costs in accordance with La. R.S. 9:2801(C) in light of the fact that he was required to file a motion prior to Ms. Williams-Beckwith filing her detailed descriptive list.

**Chutz, J.,** dissents. I would reverse the district court's judgment denying Mr. Beckwith's rule to show cause. Following service of Mr. Beckwith's rule to show cause, Ms. Williams-Beckwith did not file her own detailed descriptive list until nearly 130 days after being served with the petition, which is well beyond the 45-day period that La. R.S. 9:2801 provides for a response. I further find that Ms. Williams-Beckwith failed to establish good cause for her failure to timely submit her detailed descriptive list. Accordingly, I would grant Mr. Beckwith's rule to show cause and deem his detailed descriptive list a judicial determination of the community assets and liabilities.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT